UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE CASARES,<br><br>              Plaintiff,<br><br>v.<br><br>AMTRAK and DOES 1-100, inclusive,<br><br>              Defendants.<br><br>_____ | United States District Court, Eastern District Case No.: 1:14-cv-01491-LJO-SKO<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Date Filed: July 7, 2014<br>Date Removed: September 24, 2014<br>Trial Date: None |

      THE COURT, having reviewed and approved the Stipulation to Dismiss Entire Action with Prejudice by and Between Plaintiff LORRAINE CASARES and Defendant NATIONAL RAILROAD PASSENGER CORPORATION, hereby orders as follows:

      IT IS ORDERED THAT the Stipulation to dismiss between Plaintiff LORRAINE CASARES and Defendant NATIONAL RAILROAD PASSENGER CORPORATION is approved and the action is hereby dismissed with prejudice.

      The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

   Dated:   **September 3, 2015**          /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE